USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/12/2024

MEMO ENDORSED

**KOFFSKY & FELSEN, LLC**
1261 Post Road, Suite 202B
Fairfield, Connecticut 06824
(203) 327-1500
Fax: (203)327-7660

January 11, 2024

<u>Via ECF</u>

Hon. Nelson S. Román
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

Re: <u>United States v. Anwar Salahuddin</u>
7:21-cr-00681 (NSR) -03

Dear Judge Román:

On or about June 8, 2023, the undersigned was appointed as replacement stand-by counsel for Mr. Anwar Salahuddin in the above matter. The Court scheduled trial in the above matter to commence on January 29, 2024.

As a result of the undersigned's involvement in a racketeering murder trial currently ongoing before Judge Kari A. Dooley, in the United States District Court for the District of Connecticut, the undersigned is not available to begin the Salahuddin matter before this Court in January. The undersigned has discussed his situation with Frank O'Reilly, a member of the White Plains CJA Panel, and Attorney O'Reilly has indicated that he is available to be appointed as successor standby counsel for Mr. Salahuddin and will be ready to begin trial before the Court on January 29, 2024.

The undersigned respectfully requests that he be given permission to withdraw his appearance as stand-by counsel and for the Court to appoint Attorney Frank O'Reilly as stand-by counsel for Mr. Salahuddin. The undersigned will immediately deliver his file to Attorney O'Reilly, he will be available to participate in the final status conference via telephone and thereafter be available as the Court requires.

Respectfully submitted,
/s/ *Bruce D. Koffsky*
Bruce D. Koffsky

cc: All Counsel of Record
Anwar Salahuddin, via certified mail

---

**Endorsement:**

In light of stand-by counsel Mr. Koffsky's unavailability for trial commencing on Jan. 29, 2024, Mr. Koffsky's request to withdraw as stand-by CJA counsel for *pro se* Deft. Anwar Salahuddin (03) is GRANTED. The Court appoints Francis L. O'Reilly as successor standy-by CJA counsel for *pro se* Deft. Anwar Salahuddin (03). Mr. Koffsky is directed: to turn over his file a.s.a.p. to Mr. O'Reilly; to serve a copy of this endorsement by any necessary means on *pro se* Deft. Anwar Salahuddin (03); and to file proof of service. Mr. O'Reilly is granted leave to attend the <u>in-person</u> Final Pretrial Conf. on Jan. 18, 2024 at 9:45 am by telephone. Clerk of Court is requested to terminate the motion at ECF No. 132.

Dated: White Plains, NY
January 12, 2024

SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE