

RECEIVED
FEB 20 2024
U.S.D.C.
W.P.

1 of 3

In The UNITED STATES DISTRICT COURT OF NEW YORK
SOUTHERN DISTRICT

without Prejudice ucc 1-308

salahuddin, brenda

    vs.                     7:21-CR-00681-NSR

UNITED STATES OF AMERICA

AGENT, JEFFREY C. COFFMAN

AGENT, COURTNEY HEAVEY
DEFENDANTS.

                Complaint Affidavit Challenge of
                Credibility of hearsay in notarized
                Affidavit under penalty of perjury, Also
                recorded without prejudice ucc 1-308
                Communication

   1. In the Current public Records Criminal crime
offense case documenting the Notary public's official
Capacity that is exempted from hearsay that any

Affidavit must be Recorded under penalty of perjury documenting a financial process of dishonor.

2. The arrest affidavit lacked the "penalty of perjury" to trigger the financial process. At best, the arrest Affidavit is hearsay to any financial benefits. The DEFENDANTS based their arrest affidavit on the notary public to execute a financial process that lacked the Required (Penalty of perjury) Liability.

3. The inception of the arrest affidavit triggered the financial process that the court is Non-judicial by the notary public official capacity.

4. The Rightful property owner of children quadri salahuddin, anwar salahuddin their financial dishonor Notice in their initial affidavit notarized under the Penalty of perjury

5. This is a financial dishonor process that the common law and the Bill of rights were Reserved that property owner Compel the prosecutor to file a valid verified complaint in which the Childrens injured a party by their actions.

3 of 3

Acknowledgment

Subscribed and sworn to before me a Notary Public for said County and state, I do hereby Certify that on this ____30th____ day of ____February____ 2024, the above mentioned appeared before me and executed the foregoing Complaint Affidavit, witnessed my hand and seal.

CHARLAYNE-RENEE MASON
Notary Public – State of New York
No. 01MA6351248
Qualified in Westchester County
My Commission Expires 11/28/2024

_____
NOTARY PUBLIC / STATE OF NEW YORK

Without prejudice ucc 1-308 Communication

y/S/ _____Brenda Salahuddin_____     NYS LIC# 831 865 0755

Being first duly sworn, depose, say, declare, and affirm under the penalty of perjury that the foregoing affidavit of fact are true, Correct, complete and not Misleading.

Serve all concerned

without prejudice ucc 1-308 Communication