To:     United States District Court Southern District of New York

Anwar Salahuddin and Quadri Salahuddin

Case:   # 21-mj-09734-.01,02,03,04   FBI Case No. Sealed



UNITED STATES OF AMERICA et al
US ATTORNEY GENERAL, Merrick B. GARLAND
US ATTORNEY Damien WILLIAMS
ASST US ATTORNEY, Courtney HEAVY
ASST US ATTORNEY, Jeffrey E. COFFMAN
UNITED STATES DISTRICT COURT, et al
CHIEF JUDGE, Paul E. DAVISON
CLERK OF COURT, Ruby J. KRAJICK
DIRECTOR FEDERAL INSURANCE OFFICE, Steven SEITZ

In the case of Anwar SALAHUDDIN and Quadri SALAHUDDIN; We concerned tribal / community family of Mount Vernon, New York; Westchester County have been informed that the defendants and tribal claimants, Anwar Salahuddin and Quadri Salahuddin, have been improperly and wrongly cited as "flight risks" and being held in custody until the scheduled sentence date.

We the concerned tribal / community members protest this decision made by the United States District Court Southern District of New York due to the following facts. Both the tribal members, Anwar Salahuddin and Quadri Salahuddin;
   a.) are first time offenders
   b.) worked on a steady job weekly since being released on bail
   c.) stayed in contact with their court appointed lawyers since they were assigned to their case.
   d.) appeared early at every appointment scheduled on the court calendar
   e.) never left the State of New York as ordered by the court
   f.) had support of both parents and friends at every court appearance
   g.) have total support and willing custodianship of several Mount Vernon, N.Y. local tribal and community members.

For these reasons, we protest the continued incarceration of the defendants as "flight risks" and we request the tribal / community members in the case of Anwar Salahuddin and Quadri Salahuddin be released with "community service" in Mount Vernon, New York, location of their home town residence, until the court sentence date or dismissal of this case.

A few tribal / community members have signed this petition to the United States District Court Southern District Of New York to appeal for the release of Anwar Salahuddin and Quadri Salahuddin. We will also hold ourselves accountable and responsible for the defendants continued appearance in court until the final decision or dismissal of this case by the Honorable Chief Judge, Paul E. Davison or the presiding magistrate over this case.

We are counting on justice and fair decisions to prevail on this matter to curtail any further petitions or growing protests.

Concerned Mount Vernon Tribal / Community Members.   March 3, 2024

Tribal / ~~Community~~ Family Support

1. _[signature]_
2. ABISHAI BEN REUBEN
3. _[signature] Robert W____
4. Hanmub-Bey
5. _[signature] Sullivan_
6. John C___
7. James C. J Brennan
8. Connie Whitaker
9. Mike Eur
10. Janice Virtue
11. _[signature]_
12. Jacqueline Day
13. _[signature] Richmond_
14. _[signature]_
15. _[signature]_
16. _[signature]_
17. Michael Ray
18. WAYNE JOHNSON
19. _[signature]_
20. Robin Carpenter

Date: 11 March 2024      _[signature]_ :Witness NYS SIC 742 235
                                                   exp A-␣-␣␣ 241
              _[signature]_ :Witness
                                                   NYS LIC 831 865 17
                                                   exp 7.0 2025

Notary Public

Affirmed before me this 11ᵗʰ March, 2024  _[signature] Charlayne-Renee M____
Royal Tribal Supreme Court For Indian Offense
My Commission Expires: 12/31/2030

CHARLAYNE-RENEE MASON
Notary Public – State of New York
No. 01MA6351___
Qualified in Westchester County
My Commission Expires 11/28/2024

_[notary seal]_