UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------x

UNITED STATES OF AMERICA

-against-

ANWAR SALAHUDDIN,

Defendant.

--------------------------------------------------------x

**ORDER**

21 CR 681-03 (NSR)

**ROMÁN, D.J.:**

The C.J.A. stand-by attorney assigned to this case  _____Francis Lee O'Reilly_____ is hereby ordered
                                                                                    Attorney's Name

substituted and stand-by counsel to the *pro se* Defendant in the above captioned matter is assigned to

_____Leonardo Aldridge_____, CJA counsel *nunc pro tunc* to May 23, 2024.
         Attorney's Name

Newly appointed stand-by counsel is directed to mail a copy of this Order to the *pro se* Defendant and file

proof of service.

**SO ORDERED.**

Dated:   White Plains, New York
         June 3, 2024

_____
**NELSON S. ROMÁN,**
**UNITED STATES DISTRICT JUDGE**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  06/03/2024