UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW AMERICA
-----------------------------------------------------------------X

| | |
|---|---|
| UNITED STATES OF AMERICA | **ORDER** |
| - against - | 21 CR 681-03 (NSR) |
| ANWAR SALAHUDDIN | |
| Defendant. | |

-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/02/2024

Nelson S. Román, D.J.:

      A jury trial for the three *pro se* Defendants in this case, including *pro se* Defendant Anwar Salahuddin (03), commenced on January 30, 2024. After 9 days, all *pro se* Defendants, including *pro se* Defendant Anwar Salahuddin (03), were unanimously found guilty by the jury. Sentencing for *pro se* Defendant Anwar Salahuddin (03) was scheduled for May 29, 2024. Thereafter, at *pro se* Defendant Anwar Salahuddin's (03) request, a substitution of standby counsel conference was held on May 23, 2024. Stand-by CJA counsel Francis L. O'Reilly was relieved, Leonardo Aldridge was appointed as substitute stand-by CJA counsel and Sentencing was rescheduled from May 29, 2024 to December 13, 2024.

      On November 27, 2024 standby CJA counsel Leonardo Aldridge called chambers to relay a request from *pro se* Defendant Anwar Salahuddin (03) to adjourn his sentencing date to the same day as his co-defendant and brother *pro se* Defendant Quadri Salahuddin (02). Mr. Aldridge made this request on behalf of *pro se* Defendant Anwar Salahuddin (03) who is having trouble communicating with chambers while incarcerated. Mr. Aldridge noted that, as standby counsel, he is not permitted to file a request for an adjournment on the docket and asked that the Court accept the November 27, 2024 teleconference as a formal request.

As orally related to stand-by CJA counsel Leonardo Aldridge, *pro se* Defendant Anwar Salahuddin's (03) Sentencing is adjourned from December 13, 2024 to February 5, 2025 at 11:00 A.M. Standby counsel is directed to mail a copy of this Order to *pro se* Defendant and file proof of service by December 6, 2024.

SO ORDERED.

Dated: December 2, 2024
       White Plains, NY

_____
Nelson S. Román, U.S.D.J.