Docket in case # __21__   CV/CR __681-03__
As: Pro se letter
Date: 01 / 28 / 2025

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/28/2025

RECEIVED
JAN 24, 2025
NELSON S. ROMÁN
U.S. DISTRICT JUDGE
S.D.N.Y.

Dear Hon. Nelson Roman,

This is Anwar Jalaluddin writing from Hudson County Correctional in New Jersey. The purpose of this letter is to finally speak my own mind without any influence from my 'advisors'. I'm actually writing this against the suggestion of said 'advisors' in order to have my own personal peace of mind amid the upcoming court appearance. Firstly, I would like to formally apologize with the sincerest of contrition for any disrespect I may have exhibited during the course of the proceedings. My "advisors" coached my brother and I on the etiquette in which we displayed, which has been much to our chagrin. We were told that the entire system and those that operate in it (ie judges, lawyers, etc) are nothing short of evil, abominable people who only seek to to do as much harm as possible; but I've come to realize that isn't the case. I've come to realize that our "advisors", no matter how seemingly noble their intentions were, have been gravely wrong, using my brother and I as avatars and projections of their own ill feelings toward the court system of the United States.

Secondly, I would like to acknowledge my lapse in judgment which ultimately put me in this position in the first place. I allowed the fear and unknown of the outcome of the pandemic to override my reason and prudence. I have always taken pride in being a law-abiding, tax paying and productive citizen. Maintaining employment for almost two decades with practically no disciplinary history. Only striving on a consistent basis better myself and those around me to the best of my ability.

Lastly, I would like to recount some of my experiences during the tenure of my incarceration. The entire ordeal has been nothing short of traumatic, from the very moment I was handcuffed onward.

Being within close proximity of the criminal element on a daily basis, has caused tremendous amounts of stress and trepidation that, at times, can be almost unbearable. I have unfortunately been subject to verbal and sexual harassment, theft, unwarranted threats of violence and from certain individuals, extremely harsh criticisms of my typical affable demeanor. I often wonder was my offense so grave, that I deserved to be put in such a precarious situation, to constantly be on alert due to a fight erupting at any given moment. I've considered thoughts of suicide in order to escape this nightmarish hellscape, yet motivation from friends and family subdued such considerations. I only humbly ask for his honor to extend his mercy and forbearance to my kin and I, so that we may return to our loving families and continue being the productive, hard working citizens we have always been.

With sincerest regards,
Anwar Salahuddin



From: Anwar Salahuddin
30-35 Hackensack Ave
Kearny, NJ 07032

Hon. Nelson Roman
SDNY
300 Quarropas St, White Plains, NY
10601

RECEIVED JAN 24, 2025
NELSON S. ROMÁN
U.S. DISTRICT JUDGE
S.D.N.Y.