Dear Court,

My name is Anwar Jalaluddin case #: 7:21-CR-00681-NSR, I was sentenced March 26th 2025 by Judge Nelson Roman. I hereby put this court on notice of intent to appeal and would request an appellate attorney for the 2nd circuit appeals. Thank you

*Anwar Jalaluddin*

RECEIVED
APR 04 2025
U.S.D.C.
W.P.



From: [illegible]

To: WHITE PLAINS DISTRICT COURT HOUSE
300 Quarropas Street
White Plains, NY 10605

US POSTAGE $000.69
ZIP 07306
0008038597 APR 01 2025
FIRST-CLASS
USDNY SDNY

HUDSON COUNTY CORRECTIONAL CENTER
35 HACKENSACK AVENUE
KEARNY NJ 07032
NAME:
ID#:
LOC:

RECEIVED
APR 04 2025
U.S.D.C.
W.P.